JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>      Petitioner,<br><br>    v.<br><br>G. MATTESON, et al.,<br><br>      Respondents | Case No. 2:20-cv-09552-RGK-JC<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus in Part [etc.], IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice to the extent it challenges the judgment in Los Angeles County Superior Court Case No. A714077.

IT IS SO ADJUDGED.

DATED: November 13, 2020

                                              /s/ Gary Klausner
                                      HONORABLE R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE